*Law Offices*

# Martin, Gunn & Martin

*A Professional Corporation*

*Sentry Office Plaza Suite 420*

*216 Haddon Avenue*

*P.O. Box 358*

*Westmont, New Jersey 08108*

Burchard V. Martin
Bruce M. Gunn
Burchard S. Martin*
William J. Martin*
Richard C. Bryan

Todd M. Parisi*
Diane G. Lanza*
Vanessa C. Wong*
*ALSO ADMITTED IN PA.

TELEPHONE
(856)858-0900

FACSIMILE
(856)858-1278

E-MAIL:
MARTINGUNN@aol.com
rbryan@martingunn.com

February 1, 2010

CLERK, UNITED STATES DISTRICT COURT
Martin Luther King, Jr. Federal Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   Sandy Almanzar vs. C & C Metal Products, Inc., et al
      Case No. 2:07-cv-4002 (JLL)(CCC)
      Our File No. 7130-J

Dear Sir or Madam:

This office represents the defendant C & C Metal Products, Inc. in the above captioned matter. We have filed a motion for summary judgment in this matter which is presently returnable on February 16, 2010. Plaintiff recently served opposition to our motion. My associate Diane Lanza, spoke with plaintiff's counsel today, and he has consented to allow me an extension of time to file a reply to his opposition. Therefore, we respectfully request that the Court move the return date of my motion to March 1, 2010, thereby making my reply to plaintiff's opposition due on February 22, 2010.

Very truly yours,

MARTIN, GUNN & MARTIN, P.A.

By:   /s/ Richard C. Bryan
      RICHARD C. BRYAN

RCB:dls
Enclosure
cc:   William A. Thomas, Esquire
      Susan J. Levy, Esquire
      Jeffrey W. Mazzola, Esquire
      Jerald J. Howarth, Esquire
      Martha D. Lynes, Esquire
      Gary B. Cutler, Esquire

SO ORDERED: [signature]
DATED: 2/3/10